DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAQUAN RICARDO SAEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1425

[July 8, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562013CF002292A.

Jaquan Ricardo Saez, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KUNTZ and ARTAU, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***